Dismissed and Memorandum Opinion filed July 23, 2009








Dismissed
and Memorandum Opinion filed July 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00502-CV

____________

 

FAVRET, DEMAREST, RUSSO & LUTKEWITTE,

a Professional Law Corporation, Appellant

 

V.

 

RIMKUS CONSULTING GROUP, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3 

Harris County,
Texas

Trial Court Cause
No. 934,303

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from an order denying a special appearance signed May 19,
2009.  On July 13, 2009, appellant filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion
is granted.  

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.